UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM FRAENKEL, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>STANDARD CHARTERED BANK,<br><br>      Defendant. | No. 24-CV-4484 (RA) (RWL) |
| SHMUEL BRAUNER, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>STANDARD CHARTERED BANK,<br><br>      Defendant. | No. 24-CV-5788 (RA) (RWL)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  Oral argument will be held on Defendant's motion to dismiss the amended consolidated complaint on September 8, 2025 at 1:00 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: August 20, 2025
    New York, New York

                   
Ronnie Abrams
United States District Judge